ACCEPTED
04-15-00623-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/2/2015 4:25:46 PM
KEITH HOTTLE
CLERK

NO. 4-15-00623-CV

IN THE COURT OF APPEALS
FOR THE FOURTH DISTRICT OF TEXAS
AT SAN ANTONIO

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/2/2015 4:25:46 PM
KEITH E. HOTTLE
Clerk

IN RE ESTATE OF MARJORIE A. CHILDS

On Appeal from Probate Court No 2,
Bexar County, Texas

## APPELLANT PAMELA ANN CHILD'S
## UNOPPOSED MOTION TO EXTEND TIME TO FILE BRIEF

Pamela Ann Childs ask this Court to extend the time to file her brief.

## A. INTRODUCTION

1.      Appellants are Pamela Ann Childs and Susan K. Addison; Appellee is Mollie Ann Childs.

2.      This is a permissive interlocutory appeal.

3.      The parties have agreed to this motion.

4.      On October 23, 2015, this Court granted permission to appeal from an interlocutory order, and ordered Appellants to file their briefs on November 12, 2015.

## B. ARGUMENT AND AUTHORITIES

5.      This Court has authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file a brief.

6.      The record was filed, but when counsel for Appellant reviewed the record, she discovered that the record is missing over 2,300 pages from Appellant's response to Appellee's motion for summary judgment.

7.	Accordingly, on October 30, Appellant requested the court clerk to file a supplemental clerk's record, including the exhibits to Appellant's response to the motion for summary judgment which were not included in the clerk's record filed with the Court. A true and correct copy of the Request for Supplemental Record is attached hereto marked **Exhibit A**.

8.	Appellant cannot complete her brief—and this Court cannot evaluate whether the trial court erred in granting summary judgment—without reviewing the complete record that was before the trial court.

9.	Apellant requests an extension of time to file Appellant's brief until 20 days after the complete record is filed.

## C. PRAYER

10.	For these reasons, Appellant asks the Court to grant an extension of time to file her brief until 20 days after the complete record is filed.

Respectfully submitted,

_____/s/ Judith R. Blakeway_____
Judith R. Blakeway
State Bar No. 02434400
STRASBURGER & PRICE, LLP
300 Convent Street, Suite 900
San Antonio, Texas 78205
(210) 250-6004 Telephone
(210) 258-2706 Facsimile
judith.blakeway@strasburger.com

**ATTORNEYS FOR APPELLANT**

2

## CERTIFICATE OF CONFERENCE

On the 2nd day of November, 2015, the undersigned conferred with counsel for Appellee Mollie Ann Childs and Appellant Susan K. Childs Addison, and they have no opposition to this motion for extension of time.

_/s/ Judith R. Blakeway_
JUDITH R. BLAKEWAY

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of November, 2015, a true and correct copy of the above and foregoing Motion to Extend Time to File Brief has been transmitted in accordance with the requirement of the Texas Rules of Civil Procedure, addressed as follows:

Rudy A. Garza
rugar@hfgtx.com
Charles M. Hornberger
boxy@hfgtx.com
David Jed Williams
jwilliams@hfgtx.com
Stephanie L. Curette
scurette@hfgtx.com
Hornberger Sheehan Fuller & Garza, Inc.
The Quarry Heights Building
7373 Broadway, Suite 300
San Antonio, Texas 78209
Telephone:     (210) 271–1700
Facsimile:     (210) 271–1730

_Attorneys for Plaintiff Mollie Allen Childs_

Ben A. Wallis, III
Ben A. Wallis Law PC
8200 IH 10 West #101
San Antonio, Texas 78230
baw3@wallislawsa.com

_Attorneys for Defendant_
_Susan Kaye Childs Addison_

_/s/ Judith R. Blakeway_
JUDITH R. BLAKEWAY

3

# EXHIBIT A

ACCEPTED
04-15-00623-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/30/2015 5:43:53 PM
KEITH HOTTLE
CLERK



# Strasburger
### ATTORNEYS AT LAW

October 30, 2015

JUDITH R. BLAKEWAY
210.250.6001
judith.blakeway@strasburger.com

## REQUEST FOR DOCUMENTS TO BE INCLUDED
## IN SUPPLEMENTAL CLERK'S RECORD

TO:    Ms. Teresa Guerra
Court Clerk, Probate Court No. 2
100 Dolorosa, Room 117
San Antonio, Texas 78205

FR:    Judith R. Blakeway
Attorney for Appellant, Pamela Ann Childs McCaskill

RE:    Defendant's request for documents to be included in the clerk's record for Cause No. 2014-PC-0056; *In the Estate of Marjorie A. Childs, Deceased*, in the Probate Court No. 2 of Bexar County, Texas

On October 2, 2015, Defendants filed a request for documents to be included in the Clerk's Record. Among the documents requested was Defendant Pamela Ann Child McCaskill's Response to Plaintiff's Cross Motion for Partial Summary Judgment and No Evidence Motion for Partial Summary Judgment, filed on September 11, 2015. Attached and e-filed with the response were the following exhibits which were not included in the Clerk's record filed with the Court:

1. All deposition exhibits (Nos. 27–60) to **Exhibit B** (Transcript of July 29, 2015 deposition of Mollie Allen Childs). (Exhibits are linked to that transcript and can be easily accessed either by clicking on the highlighted exhibit numbers at page 4 of the transcript, or by clicking on the paper clip icon for attachments to the left of the screen).

2. Remaining Parts **4 – 14** of Pamela McCaskill's response to Motion for Summary Judgment, which include the final portion of Exhibit E, as well as Exhibits F–L. (These missing chunks are designated separately on the court's docket as Parts 4–14 of Pamela McCaskill's response):

   **Exhibit E:** Transcript of June 26, 2015 deposition of Mike Donelson (beginning at Filing Part 4, marked p. 203);

**Strasburger & Price, LLP**

2301 Broadway, San Antonio, Texas 78215- 1157  |  210.250.6000 tel  |  210.250.6100 fax  |  www.strasburger.com

Austin  |  Collin County  |  Dallas  |  Houston  |  San Antonio  |  New York  |  Washington, D.C.  |  Mexico City - Strasburger & Price, SC



Exhibit F: Transcript of June 26, 2015 deposition of James Randy Beck, with Exhibits 1–5;

Exhibit G: Transcript of June 16, 2012 recorded conversation between Pamela McCaskill and Marjorie A. Childs;

Exhibit H: Documents produced by CPA Mike Donelson which were previously withheld as privileged;

Exhibit I: 1993 Trust Agreement;

Exhibit J: Plaintiff's original and amended responses to Defendant Pamela McCaskill's Request for Production;

Exhibit K: Plaintiff's First Amended Petition and Answer to Counterclaims of Susan Kaye Addison and Pamela Ann Childs McCaskill;

Exhibit L: Transcript of the August 20, 2015 deposition of Frances Perkins, with exhibits 1–5.

I am requesting that the Clerk's Record be supplemented with these exhibits.

By copy of this letter, I am notifying all counsel of record of this request, as well as the Court of Appeals.

Respectfully submitted,

STRASBURGER & PRICE, LLP

By: /s/ Judith R. Blakeway
    JUDITH R. BLAKEWAY
    State Bar No. 02434400
    judith.blakeway@strasburger.com
    2301 Broadway
    San Antonio, Texas 78215
    Telephone: (210) 250-6000
    Facsimile: (210) 250-6100

    **ATTORNEYS FOR APPELLANT
    PAMELA ANN CHILDS McCASKILL**



## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of October, 2015, a true and correct copy of the above and foregoing Request for Documents to be Included in the Clerk's Record has been transmitted in accordance with the requirement of the Texas Rules of Civil Procedure, addressed as follows:

Rudy A. Garza
rugar@hfgtx.com
Charles M. Hornberger
boxy@hfgtx.com
David Jed Williams
jwilliams@hfgtx.com
Stephanie L. Curette
scurette@hfgtx.com
Hornberger Sheehan Fuller & Garza, Inc.
The Quarry Heights Building
7373 Broadway, Suite 300
San Antonio, Texas 78209
Telephone:     (210) 271–1700
Facsimile:      (210) 271–1730

*Attorneys for Plaintiff Mollie Allen Childs*

Ben A. Wallis, III
Ben A. Wallis Law PC
8200 IH 10 West #101
San Antonio, Texas 78230
baw3@wallislawsa.com

*Attorneys for Defendant*
*Susan Kaye Childs Addison*

            */s/ Judith R. Blakeway*
Judith R. Blakeway

1980643 | SPSA/34092/0102/103015